IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02663-MSK-PAC

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

v.

BARBER LANDSCAPES, INC., a corporation, and
CARL BARBER, an individual,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **July 20, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

    The parties shall be prepared to address docket no. 15, Suggestion of Bankruptcy.

    Dated this 11th day of May 2006.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge